JUN 1 4 2018

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:18-cr-00238-AJT |
| | ) |
| ANTHONY CARL EDWARDS MARTIN, | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

From on or about March 1, 2017, to on or about March 9, 2017, in Alexandria, Virginia, within the Eastern District of Virginia, and elsewhere, the defendant, ANTHONY CARL EDWARDS MARTIN, did unlawfully and knowingly use any facility and means of interstate and foreign commerce to persuade, induce, entice, and coerce a female individual who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, including Section 18.2-371 of the Code of Virginia (prohibiting any person 18 years of age or older from engaging in sexual intercourse with a non-spouse child 15 years of age or older).

(In violation of Title 18, United States Code, Section 2422(b).)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: *Alex Blanchard*
Alexander E. Blanchard
Kellen S. Dwyer
Assistant United States Attorneys