**EXHIBIT 1**



# Extraction Report
Cellebrite UFED Reports

## Participants

♠ACE Spades♠  spadecrush

████ ♥  █████████

## Conversation - Instant Messages (865)

| | | |
|---|---|---|
| ☆ | spadecrush ♠ACE Spades♠ | 3/1/2017 12:48:56 AM(UTC-5) |
| | So sexy | |
| ☆ | spadecrush ♠ACE Spades♠ | 3/1/2017 12:58:39 AM(UTC-5) |
| ☆ | spadecrush ♠ACE Spades♠ | 3/1/2017 2:30:40 AM(UTC-5) |
| | Wow tf is that about seems I've missed alot While at work | |
| ☆ | spadecrush ♠ACE Spades♠ | 3/1/2017 2:37:07 AM(UTC-5) |
| | Wth was his problem | |
| ☆ | | 3/1/2017 3:41:44 AM(UTC-5) |
| | LoyaltyOverRoyalty QueenKitts has removed ♠ACE Spades♠ from this group | |
| ☆ | spadecrush ♠ACE Spades♠ | 3/1/2017 9:46:59 AM(UTC-5) |
| | You good just checking on you | |
| ☆ | ████ ████ ♥ | 3/1/2017 9:47:24 AM(UTC-5) |
| | Okie and I talked to my po I'm officially of probation | |
| ☆ | ████ ████ ♥ | 3/1/2017 9:51:50 AM(UTC-5) |
| | Idk my mom �5�� _____�MU___ | |
| ☆ | spadecrush ♠ACE Spades♠ | 3/1/2017 9:53:35 AM(UTC-5) |
| | Well my help that is | |
| ☆ | ████ ████ ♥ | 3/1/2017 9:53:54 AM(UTC-5) |
| | of course I want u | |
| ☆ | ████ ████ ♥ | 3/1/2017 9:59:12 AM(UTC-5) |
| | And it's easy | |
| ☆ | spadecrush ♠ACE Spades♠ | 3/1/2017 9:59:17 AM(UTC-5) |
| | Why you thanking me | |
| ☆ | spadecrush ♠ACE Spades♠ | 3/1/2017 9:59:25 AM(UTC-5) |
| | And I need all your info | |

1



☆ | ██████ ██████ ♥ | 3/1/2017 10:01:21 AM(UTC-5)
What do u need like all my papers?

☆ | 😡 spadecrush ♠ACE Spades♠ | 3/1/2017 10:02:25 AM(UTC-5)
Yep and I'm gonna have to be your legal guardian lol

☆ | ██████ ██████ ♥ | 3/1/2017 10:02:38 AM(UTC-5)
Bet hahaha

☆ | 😡 spadecrush ♠ACE Spades♠ | 3/1/2017 10:05:57 AM(UTC-5)
Awwweeee damn lol c��A_____+U

☆ | 😡 spadecrush ♠ACE Spades♠ | 3/1/2017 10:06:11 AM(UTC-5)

☆ | ██████ ██████ ♥ | 3/1/2017 10:07:11 AM(UTC-5)
Yeah

☆ | 😡 spadecrush ♠ACE Spades♠ | 3/1/2017 10:18:11 AM(UTC-5)
Sike lol you'd have to prove that

☆ | 😡 spadecrush ♠ACE Spades♠ | 3/1/2017 10:24:23 AM(UTC-5)
How is class

☆ | 😡 spadecrush ♠ACE Spades♠ | 3/1/2017 10:37:09 AM(UTC-5)
Every question you get rite I'll do something you like lmfao

☆ | ██████ ██████ ♥ | 3/1/2017 10:37:32 AM(UTC-5)
Hahaha like what

☆ | 😡 spadecrush ♠ACE Spades♠ | 3/1/2017 10:38:29 AM(UTC-5)
Idk lol what do you like

☆ | ██████ ██████ ♥ | 3/1/2017 10:50:55 AM(UTC-5)
Everything

☆ | 😡 spadecrush ♠ACE Spades♠ | 3/1/2017 11:00:21 AM(UTC-5)
Uh huh well that don't help in the quiz lol

☆ | 😡 spadecrush ♠ACE Spades♠ | 3/1/2017 11:08:03 AM(UTC-5)
It saying you just joined so what's up I mean it's rules and idk you  no offense but it is what it is

☆ | 😡 spadecrush ♠ACE Spades♠ | 3/1/2017 11:15:38 AM(UTC-5)
6

☆ | 😡 spadecrush ♠ACE Spades♠ | 3/1/2017 11:21:00 AM(UTC-5)
Real shit

☆ | ██████ ██████ ♥ | 3/1/2017 11:45:19 AM(UTC-5)
Lmao

spadecrush ♠ACE Spades♠                                    3/1/2017 12:20:43 PM(UTC-5)

I thought they was coming with heat

spadecrush ♠ACE Spades♠                                    3/1/2017 12:27:54 PM(UTC-5)

That's what kitty asked if you can't�_�♦=_____eU___�___�"_A�gA

spadecrush ♠ACE Spades♠                                    3/1/2017 12:38:26 PM(UTC-5)

Ya again another reason why we say live pics

spadecrush ♠ACE Spades♠                                    3/1/2017 12:38:33 PM(UTC-5)

Rules

█████████ ♥                                                3/1/2017 1:19:11 PM(UTC-5)

Haha

█████████ ♥                                                3/1/2017 1:19:14 PM(UTC-5)

Yeah it is

spadecrush ♠ACE Spades♠                                    3/1/2017 1:19:45 PM(UTC-5)

How lol

spadecrush ♠ACE Spades♠                                    3/1/2017 1:35:08 PM(UTC-5)

Rite ko

█████████ ♥                                                3/1/2017 3:27:06 PM(UTC-5)

Idk haha

█████████ ♥                                                3/1/2017 4:11:30 PM(UTC-5)

Hey baby

spadecrush ♠ACE Spades♠                                    3/1/2017 5:37:12 PM(UTC-5)

Wyd

█████████ ♥                                                3/1/2017 5:47:33 PM(UTC-5)

Just smoked

█████████ ♥                                                3/1/2017 5:47:42 PM(UTC-5)

Bruh why my friends telling me run

█████████ ♥                                                3/1/2017 5:47:51 PM(UTC-5)

Oh shit there running

█████████ ♥                                                3/1/2017 5:47:59 PM(UTC-5)

Haha oh there's a cop

spadecrush ♠ACE Spades♠                                    3/1/2017 5:48:16 PM(UTC-5)

Wtf lol don't get your ass in trouble

█████████ ♥                                                3/1/2017 5:48:24 PM(UTC-5)

Oh ok I won't

3

spadecrush ♠ACE Spades♠                                        3/1/2017 5:48:40 PM(UTC-5)

I'm dead ass

███████ ███████ ♥                                             3/1/2017 5:49:07 PM(UTC-5)

Can u come get me

spadecrush ♠ACE Spades♠                                       3/1/2017 5:50:04 PM(UTC-5)

What you mean okayyy

███████ ███████ ♥                                             3/1/2017 5:50:12 PM(UTC-5)

Do it

███████ ███████ ♥                                             3/1/2017 5:50:14 PM(UTC-5)

Haha

███████ ███████ ♥                                             3/1/2017 5:51:13 PM(UTC-5)

Yoo when u gonna get me

spadecrush ♠ACE Spades♠                                       3/1/2017 5:52:34 PM(UTC-5)

I think you wanna fuck lol

███████ ███████ ♥                                             3/1/2017 5:52:44 PM(UTC-5)

Lol

spadecrush ♠ACE Spades♠                                       3/1/2017 5:52:59 PM(UTC-5)

Don't lol  me lmao

███████ ███████ ♥                                             3/1/2017 5:53:08 PM(UTC-5)

Idk

███████ ███████ ♥                                             3/1/2017 5:53:14 PM(UTC-5)

Ghahahahahah

spadecrush ♠ACE Spades♠                                       3/1/2017 5:53:17 PM(UTC-5)

You dk

spadecrush ♠ACE Spades♠                                       3/1/2017 5:53:23 PM(UTC-5)

Hmmmmmm?

███████ ███████ ♥                                             3/1/2017 5:54:02 PM(UTC-5)

Lmao

███████ ███████ ♥                                             3/1/2017 5:54:06 PM(UTC-5)

Wait what

███████ ███████ ♥                                             3/1/2017 5:55:37 PM(UTC-5)

Lmao

spadecrush ♠ACE Spades♠                                       3/1/2017 6:08:10 PM(UTC-5)

High ass

4



☆ ███ ███ ♥                                    3/1/2017 6:17:25 PM(UTC-5)

Same

☆ spadecrush ♠ACE Spades♠                       3/1/2017 6:18:15 PM(UTC-5)

I kinda wi

☆ spadecrush ♠ACE Spades♠                       3/1/2017 6:19:05 PM(UTC-5)

Don't laugh

☆ ███ ███ ♥                                    3/1/2017 6:19:18 PM(UTC-5)

Laughing

☆ ███ ███ ♥                                    3/1/2017 6:19:21 PM(UTC-5)

Noooo

☆ spadecrush ♠ACE Spades♠                       3/1/2017 6:19:26 PM(UTC-5)

Fight me

☆ spadecrush ♠ACE Spades♠                       3/1/2017 6:19:35 PM(UTC-5)

☆ ███ ███ ♥                                    3/1/2017 6:20:10 PM(UTC-5)

Yay

☆ spadecrush ♠ACE Spades♠                       3/1/2017 6:23:29 PM(UTC-5)

I'm gonna bite you

☆ spadecrush ♠ACE Spades♠                       3/2/2017 3:40:16 AM(UTC-5)

And hey kitty

☆ ███ ███ ♥                                    3/2/2017 3:58:40 AM(UTC-5)

Lol

☆ spadecrush ♠ACE Spades♠                       3/2/2017 3:59:42 AM(UTC-5)

Damn late ass

☆ ███ ███ ♥                                    3/2/2017 3:59:52 AM(UTC-5)

I fell asleep

☆ ███ ███ ♥                                    3/2/2017 3:59:53 AM(UTC-5)

Lol

☆ spadecrush ♠ACE Spades♠                       3/2/2017 4:00:01 AM(UTC-5)

Uh huh lol

☆ spadecrush ♠ACE Spades♠                       3/2/2017 4:00:41 AM(UTC-5)

True

☆ spadecrush ♠ACE Spades♠                       3/2/2017 4:00:52 AM(UTC-5)

Wyd



Laying in bed thinking about food
3/2/2017 4:01:13 AM(UTC-5)

Lmao
3/2/2017 4:01:15 AM(UTC-5)

I'm hungry
3/2/2017 4:01:17 AM(UTC-5)

spadecrush ♠ACE Spades♠
Hungry ass I'm hungry to Make me sum
3/2/2017 4:04:28 AM(UTC-5)

Haha
3/2/2017 4:09:35 AM(UTC-5)

Ok
3/2/2017 4:09:38 AM(UTC-5)

spadecrush ♠ACE Spades♠
I'm fr
3/2/2017 4:18:24 AM(UTC-5)

Lmao I can't ship u food
3/2/2017 4:21:23 AM(UTC-5)

spadecrush ♠ACE Spades♠
Yes u can
3/2/2017 4:28:13 AM(UTC-5)

spadecrush ♠ACE Spades♠
Lol
3/2/2017 4:28:33 AM(UTC-5)

Lmao
3/2/2017 11:05:38 AM(UTC-5)

spadecrush ♠ACE Spades♠
Gotta be can't leave room for error
3/2/2017 4:58:22 PM(UTC-5)

It's 7 hours
3/2/2017 5:45:44 PM(UTC-5)

spadecrush ♠ACE Spades♠
If I can I'll send you money for your own hotel
3/2/2017 6:11:34 PM(UTC-5)

spadecrush ♠ACE Spades♠
Yo ass see it everyday they for me lmao
3/2/2017 7:28:27 PM(UTC-5)

spadecrush ♠ACE Spades♠
I'm low key sad  about that
3/2/2017 7:31:33 PM(UTC-5)

Awww
3/2/2017 7:34:24 PM(UTC-5)



3/2/2017 7:34:32 PM(UTC-5)

**spadecrush ♠ACE Spades♠**                                   3/2/2017 7:34:52 PM(UTC-5)

Who is that

███████ ███████ ♥                                            3/2/2017 7:34:58 PM(UTC-5)

Me

███████ ███████ ♥                                            3/2/2017 7:35:05 PM(UTC-5)

███████ ███████ ♥                                            3/2/2017 7:35:07 PM(UTC-5)

███████ ███████ ♥                                            3/2/2017 7:35:16 PM(UTC-5)

███████ ███████ ♥                                            3/2/2017 7:35:20 PM(UTC-5)

**spadecrush ♠ACE Spades♠**                                   3/2/2017 7:36:13 PM(UTC-5)

Nah you  titties not that big lol that's someone else lol I know if they yours just by your nipples lmfao

███████ ███████ ♥                                            3/2/2017 7:36:26 PM(UTC-5)

Omg

███████ ███████ ♥                                            3/2/2017 7:36:28 PM(UTC-5)

It is me

███████ ███████ ♥                                            3/2/2017 7:36:31 PM(UTC-5)

**spadecrush ♠ACE Spades♠**                                   3/2/2017 7:36:32 PM(UTC-5)

Yo ass fine af tho and that ass ugh give me some lol

███████ ███████ ♥                                            3/2/2017 7:36:46 PM(UTC-5)

Stop playin with me

**spadecrush ♠ACE Spades♠**                                   3/2/2017 7:37:06 PM(UTC-5)

Yo titties not that big and your nipples are like tan pink and tiny

███████ ███████ ♥                                            3/2/2017 7:37:13 PM(UTC-5)

No wtf

**spadecrush ♠ACE Spades♠**                                   3/2/2017 7:37:19 PM(UTC-5)

Bet

███████ ███████ ♥                                            3/2/2017 7:37:24 PM(UTC-5)

U thinking bout some other girl

**spadecrush ♠ACE Spades♠**                                   3/2/2017 7:37:25 PM(UTC-5)

Put money on it

I put money on it
3/2/2017 7:37:32 PM(UTC-5)

spadecrush ♠ACE Spades♠
3/2/2017 7:37:37 PM(UTC-5)
How much

♥
3/2/2017 7:37:41 PM(UTC-5)
10$

♥
3/2/2017 7:37:44 PM(UTC-5)

spadecrush ♠ACE Spades♠
3/2/2017 7:37:47 PM(UTC-5)
Ight bet

spadecrush ♠ACE Spades♠
3/2/2017 7:37:55 PM(UTC-5)
Lol that  10 mine

♥
3/2/2017 7:38:37 PM(UTC-5)
Lmao nope

spadecrush ♠ACE Spades♠
3/2/2017 7:38:54 PM(UTC-5)
Yep watch

spadecrush ♠ACE Spades♠
3/2/2017 7:39:10 PM(UTC-5)
Post the pic so I can collect

spadecrush ♠ACE Spades♠
3/2/2017 7:39:28 PM(UTC-5)
I see $$$$$

♥
3/2/2017 7:39:39 PM(UTC-5)

♥
3/2/2017 7:39:57 PM(UTC-5)
Ion know who u thinking of

spadecrush ♠ACE Spades♠
3/2/2017 7:40:18 PM(UTC-5)
You holding them up tho move your hand dont play lol

♥
3/2/2017 7:40:44 PM(UTC-5)

♥
3/2/2017 7:40:50 PM(UTC-5)
???

spadecrush ♠ACE Spades♠
3/2/2017 7:41:11 PM(UTC-5)
Damn I lost

♥
3/2/2017 7:41:16 PM(UTC-5)
Yuuu





Big time

3/2/2017 7:41:26 PM(UTC-5)

spadecrush ♠ACE Spades♠     3/2/2017 7:41:44 PM(UTC-5)

Wth you at taking these pics getting me hard and shit

spadecrush ♠ACE Spades♠     3/2/2017 7:41:50 PM(UTC-5)

Lol

3/2/2017 7:41:53 PM(UTC-5)

Lmao u bet me

spadecrush ♠ACE Spades♠     3/2/2017 7:42:42 PM(UTC-5)

I bet yo pussy not phat lol its just average I'm gonna win my 10 back fuck that lol

3/2/2017 7:43:00 PM(UTC-5)

U doing that on fucking purpose

spadecrush ♠ACE Spades♠     3/2/2017 7:43:11 PM(UTC-5)

No I'm dead ass lol

spadecrush ♠ACE Spades♠     3/2/2017 7:43:23 PM(UTC-5)

I'm mad if lost 10 $

3/2/2017 7:43:35 PM(UTC-5)

Just wait till u see in real life

spadecrush ♠ACE Spades♠     3/2/2017 7:43:44 PM(UTC-5)

Lmfao last time I just asked remember

spadecrush ♠ACE Spades♠     3/2/2017 7:44:06 PM(UTC-5)

Oh so I can't win my 10$ back lol

3/2/2017 7:44:18 PM(UTC-5)

spadecrush ♠ACE Spades♠     3/2/2017 7:45:00 PM(UTC-5)

Ight bet if your pussy is phat I'll give a 110$ tm when I pick you up on god lol

spadecrush ♠ACE Spades♠     3/2/2017 7:45:45 PM(UTC-5)

I'm fixing to collect this money lol why you over there with the

spadecrush ♠ACE Spades♠     3/2/2017 8:00:29 PM(UTC-5)

Damn what happened to cherry lol

spadecrush ♠ACE Spades♠     3/2/2017 8:00:52 PM(UTC-5)

Eh oh well what up famz

spadecrush ♠ACE Spades♠     3/2/2017 8:32:37 PM(UTC-5)

So lol you  Bae

spadecrush ♠ACE Spades♠                                          3/2/2017 8:32:51 PM(UTC-5)

I think I win the bet

█████ █████ ♥                                                    3/2/2017 8:52:23 PM(UTC-5)

Lol not till tommorow

spadecrush ♠ACE Spades♠                                          3/2/2017 8:55:38 PM(UTC-5)

Lmfao

█████ █████ ♥                                                    3/2/2017 8:56:48 PM(UTC-5)

Gonna see it in real life

spadecrush ♠ACE Spades♠                                          3/2/2017 8:59:55 PM(UTC-5)

And maybe more than see lol

█████ █████ ♥                                                    3/2/2017 9:00:05 PM(UTC-5)

Yeah

spadecrush ♠ACE Spades♠                                          3/2/2017 9:01:12 PM(UTC-5)

I'm going in as soon as I pick you up

█████ █████ ♥                                                    3/2/2017 9:01:20 PM(UTC-5)

Lmao

█████ █████ ♥                                                    3/2/2017 9:01:47 PM(UTC-5)

Lmao people say high sex is so good

spadecrush ♠ACE Spades♠                                          3/2/2017 9:02:26 PM(UTC-5)

I'm bringing weed to lol

█████ █████ ♥                                                    3/2/2017 9:03:20 PM(UTC-5)

I am

spadecrush ♠ACE Spades♠                                          3/2/2017 10:10:38 PM(UTC-5)

Yo I'm so fuckin happy yo

spadecrush ♠ACE Spades♠                                          3/2/2017 10:11:07 PM(UTC-5)

My Lil man has come to see me check

spadecrush ♠ACE Spades♠                                          3/2/2017 10:12:01 PM(UTC-5)

b6e5acfa-88eb-48f9-aef7-cab054113ee0

spadecrush ♠ACE Spades♠                                          3/2/2017 10:13:17 PM(UTC-5)

ecce3fca-d802-48fb-a558-3373b1370ac2

spadecrush ♠ACE Spades♠                                          3/2/2017 10:14:56 PM(UTC-5)

Lol

spadecrush ♠ACE Spades♠                                          3/2/2017 10:15:48 PM(UTC-5)

She ratchet she dropped him off and took off lol

███████ ███████ ♥                                    3/2/2017 10:23:11 PM(UTC-5)

Awwwwww

spadecrush ♠ACE Spades♠                              3/2/2017 10:45:54 PM(UTC-5)

Lol don't get no ideas lol

███████ ███████ ♥                                    3/2/2017 10:46:10 PM(UTC-5)

Lol wym

spadecrush ♠ACE Spades♠                              3/3/2017 1:27:56 AM(UTC-5)

Damn lucky

spadecrush ♠ACE Spades♠                              3/3/2017 4:24:18 AM(UTC-5)

Hey

spadecrush ♠ACE Spades♠                              3/3/2017 4:24:41 AM(UTC-5)

I need to know your exact address

spadecrush ♠ACE Spades♠                              3/3/2017 7:14:53 AM(UTC-5)

Gm

spadecrush ♠ACE Spades♠                              3/3/2017 7:18:28 AM(UTC-5)

Damn you ok

spadecrush ♠ACE Spades♠                              3/3/2017 7:18:42 AM(UTC-5)

D

spadecrush ♠ACE Spades♠                              3/3/2017 7:18:42 AM(UTC-5)

Did you get to hot or sum

spadecrush ♠ACE Spades♠                              3/3/2017 7:19:06 AM(UTC-5)

Oh damm I feel you on that

spadecrush ♠ACE Spades♠                              3/3/2017 7:19:32 AM(UTC-5)

Kids lol they a trip gotta love them tho

spadecrush ♠ACE Spades♠                              3/3/2017 7:21:05 AM(UTC-5)

Lmfao did he move

spadecrush ♠ACE Spades♠                              3/3/2017 7:24:52 AM(UTC-5)

Lmfao

spadecrush ♠ACE Spades♠                              3/3/2017 7:29:35 AM(UTC-5)

Damn lol

spadecrush ♠ACE Spades♠                              3/3/2017 7:29:49 AM(UTC-5)

@weather 7-Day

spadecrush ♠ACE Spades♠                              3/3/2017 7:30:16 AM(UTC-5)

Tf lol that's dope

11

spadecrush ♠ACE Spades♠                                              3/3/2017 7:30:38 AM(UTC-5)

Oh hell nah fuck that I'm going back to FL lol

█████████ ♥                                                         3/3/2017 7:31:20 AM(UTC-5)

Okay

█████████ ♥                                                         3/3/2017 7:31:33 AM(UTC-5)

It's 5741 harwich ct

spadecrush ♠ACE Spades♠                                              3/3/2017 7:31:41 AM(UTC-5)

I'm in Ohio working but uh fuck that it's just as cold if not worse

█████████ ♥                                                         3/3/2017 7:31:48 AM(UTC-5)

My bad I just woke up

spadecrush ♠ACE Spades♠                                              3/3/2017 7:32:09 AM(UTC-5)

Yd��~_____-U___K__�a_A�i�X�_�

█████████ ♥                                                         3/3/2017 7:32:15 AM(UTC-5)

5741 harwich ct Alexandria va 22311

█████████ ♥                                                         3/3/2017 7:32:28 AM(UTC-5)

When u get here?

spadecrush ♠ACE Spades♠                                              3/3/2017 7:34:03 AM(UTC-5)

Are you sure you wanna do this

█████████ ♥                                                         3/3/2017 7:34:11 AM(UTC-5)

I'm sure

spadecrush ♠ACE Spades♠                                              3/3/2017 7:34:24 AM(UTC-5)

This ain't a set up right

█████████ ♥                                                         3/3/2017 7:34:32 AM(UTC-5)

Noo of course no

█████████ ♥                                                         3/3/2017 7:34:38 AM(UTC-5)

I SWAIR it's not

spadecrush ♠ACE Spades♠                                              3/3/2017 7:36:24 AM(UTC-5)

Idk lol let's see lol

spadecrush ♠ACE Spades♠                                              3/3/2017 7:36:29 AM(UTC-5)

@weather 7-Day

spadecrush ♠ACE Spades♠                                              3/3/2017 7:37:24 AM(UTC-5)

Ya we a Lil warmer hope you have a good day at school tho

spadecrush ♠ACE Spades♠                                              3/3/2017 7:37:39 AM(UTC-5)

You look Spanish

I'm lebenese

3/3/2017 7:37:50 AM(UTC-5)

**spadecrush ♠ACE Spades♠**
3/3/2017 7:38:20 AM(UTC-5)

Wtf is that lol

3/3/2017 7:38:26 AM(UTC-5)

Middle East

3/3/2017 7:39:09 AM(UTC-5)

Lol

**spadecrush ♠ACE Spades♠**
3/3/2017 7:39:26 AM(UTC-5)

I know I'm kidding lol

3/3/2017 7:40:14 AM(UTC-5)

Lol

**spadecrush ♠ACE Spades♠**
3/3/2017 7:40:32 AM(UTC-5)

Up

3/3/2017 7:42:27 AM(UTC-5)

Lmao

3/3/2017 7:42:33 AM(UTC-5)

Why the Feds

3/3/2017 7:42:42 AM(UTC-5)

Cops

**spadecrush ♠ACE Spades♠**
3/3/2017 7:43:44 AM(UTC-5)

Because you young lol trying to leave the state

3/3/2017 7:44:15 AM(UTC-5)

Lmao so the Feds don't pull up unless I'm smoking

3/3/2017 7:44:17 AM(UTC-5)

Lol

**spadecrush ♠ACE Spades♠**
3/3/2017 7:46:43 AM(UTC-5)

Uh huh lol don't be on no bs lol

3/3/2017 7:47:19 AM(UTC-5)

Lmao I'm not why u scared

**spadecrush ♠ACE Spades♠**
3/3/2017 7:48:09 AM(UTC-5)

Nah I'm just making sure lol I remember how you did me last time

3/3/2017 7:49:34 AM(UTC-5)

I won't ever do it again

13

spadecrush ♠ACE Spades♠                                    3/3/2017 7:59:03 AM(UTC-5)

I hope not

spadecrush ♠ACE Spades♠                                    3/3/2017 7:59:05 AM(UTC-5)

Lol

████████ ████████ ♥                                       3/3/2017 7:59:27 AM(UTC-5)

I promise

████████ ████████ ♥                                       3/3/2017 8:01:24 AM(UTC-5)

Lol

████████ ████████ ♥                                       3/3/2017 8:01:27 AM(UTC-5)

Wym

spadecrush ♠ACE Spades♠                                    3/3/2017 8:02:41 AM(UTC-5)

Hold on

████████ ████████ ♥                                       3/3/2017 8:02:43 AM(UTC-5)

████████ ████████ ♥                                       3/3/2017 8:02:52 AM(UTC-5)

That's what pops up for me

spadecrush ♠ACE Spades♠                                    3/3/2017 8:04:41 AM(UTC-5)

Ya but where we stay from our address to you would be 7hrs

████████ ████████ ♥                                       3/3/2017 8:04:57 AM(UTC-5)

Yeah prettt much

████████ ████████ ♥                                       3/3/2017 8:05:16 AM(UTC-5)

I thought it was 8 that's one less hour

spadecrush ♠ACE Spades♠                                    3/3/2017 8:06:35 AM(UTC-5)

Hey how long do you have to stay with your friend until tm because unless you really want me to come tonight I can leave early in the am

████████ ████████ ♥                                       3/3/2017 8:06:54 AM(UTC-5)

I can't stay tonight

spadecrush ♠ACE Spades♠                                    3/3/2017 8:07:01 AM(UTC-5)

Ok

████████ ████████ ♥                                       3/3/2017 8:07:08 AM(UTC-5)

She won't let me

████████ ████████ ♥                                       3/3/2017 8:07:17 AM(UTC-5)

I tried but her dad said I

████████ ████████ ♥                                       3/3/2017 8:07:19 AM(UTC-5)

No

14



3/3/2017 8:09:01 AM(UTC-5)

?

3/3/2017 8:10:39 AM(UTC-5)

If u leave early u would get here around 4

3/3/2017 8:15:16 AM(UTC-5)

?

3/3/2017 8:17:11 AM(UTC-5)

Dam u left me on read

3/3/2017 8:19:10 AM(UTC-5)

So what's the plan?

spadecrush ♠ACE Spades♠          3/3/2017 8:21:51 AM(UTC-5)

I know we gonna come get you it may be a Lil late but we Def coming lol

spadecrush ♠ACE Spades♠          3/3/2017 8:22:00 AM(UTC-5)

Sorry lol

spadecrush ♠ACE Spades♠          3/3/2017 8:22:06 AM(UTC-5)

You know I'm gonna respond

3/3/2017 8:22:12 AM(UTC-5)

lol it's okay

3/3/2017 8:22:14 AM(UTC-5)

Ik

spadecrush ♠ACE Spades♠          3/3/2017 8:59:48 AM(UTC-5)

Hey

3/3/2017 9:07:00 AM(UTC-5)

What time u leaving lol

spadecrush ♠ACE Spades♠          3/3/2017 9:07:31 AM(UTC-5)

3 or 4 gotta get some sleep first

spadecrush ♠ACE Spades♠          3/3/2017 9:33:12 AM(UTC-5)

It gets cold lol

spadecrush ♠ACE Spades♠          3/3/2017 9:33:23 AM(UTC-5)

Supposed to snow soon

spadecrush ♠ACE Spades♠          3/3/2017 9:33:30 AM(UTC-5)

Lmfao

3/3/2017 9:33:41 AM(UTC-5)

Same here and wow lmao we haven't seen snow here in a while

15

spadecrush ♠ACE Spades♠                                    3/3/2017 9:33:56 AM(UTC-5)

Well you gonna see some lol

⊗ ▬▬▬▬ ▬▬▬ ♥                                               3/3/2017 9:36:23 AM(UTC-5)

Haha

spadecrush ♠ACE Spades♠                                    3/3/2017 9:44:34 AM(UTC-5)

Lol are you fr about this tho like you not on no bs lol

spadecrush ♠ACE Spades♠                                    3/3/2017 9:45:11 AM(UTC-5)

Roll call lol

⊗ ▬▬▬▬ ▬▬▬ ♥                                               3/3/2017 9:45:27 AM(UTC-5)

I'm fr

spadecrush ♠ACE Spades♠                                    3/3/2017 9:45:39 AM(UTC-5)

Ok lol

⊗ ▬▬▬▬ ▬▬▬ ♥                                               3/3/2017 9:45:40 AM(UTC-5)

Lmao why would I be on bs

spadecrush ♠ACE Spades♠                                    3/3/2017 9:46:10 AM(UTC-5)

I'm js I don't want you to be like oh I can't come or I gotta go back

⊗ ▬▬▬▬ ▬▬▬ ♥                                               3/3/2017 9:46:29 AM(UTC-5)

Nooo I won't

spadecrush ♠ACE Spades♠                                    3/3/2017 9:46:35 AM(UTC-5)

Or o get in trouble for helping a minor lmfao

spadecrush ♠ACE Spades♠                                    3/3/2017 9:46:39 AM(UTC-5)

I

⊗ ▬▬▬▬ ▬▬▬ ♥                                               3/3/2017 9:46:45 AM(UTC-5)

U won't

⊗ ▬▬▬▬ ▬▬▬ ♥                                               3/3/2017 9:46:52 AM(UTC-5)

Don't worry I'm 100%

spadecrush ♠ACE Spades♠                                    3/3/2017 9:46:53 AM(UTC-5)

Lol  ok

spadecrush ♠ACE Spades♠                                    3/3/2017 9:46:59 AM(UTC-5)

Ok

⊗ ▬▬▬▬ ▬▬▬ ♥                                               3/3/2017 9:47:29 AM(UTC-5)

lol I don't say nuthing unless I'm really committed

⊗ ▬▬▬▬ ▬▬▬ ♥                                               3/3/2017 9:47:42 AM(UTC-5)

So I'm committed



16



3/3/2017 9:47:43 AM(UTC-5)

Lol

3/3/2017 9:59:59 AM(UTC-5)

U would be here around 11:00

3/3/2017 10:00:04 AM(UTC-5)

Pm

3/3/2017 12:40:05 PM(UTC-5)

Lol

3/3/2017 12:40:08 PM(UTC-5)

Okay

3/3/2017 12:54:01 PM(UTC-5)

spadecrush ♠ACE Spades♠                                        3/3/2017 12:56:17 PM(UTC-5)

Lmfao lowe

3/3/2017 1:17:26 PM(UTC-5)

3/3/2017 1:33:43 PM(UTC-5)

And I had to leave

3/3/2017 1:33:48 PM(UTC-5)

And u asked for my papers

3/3/2017 1:33:52 PM(UTC-5)

So I had to go get them

spadecrush ♠ACE Spades♠                                        3/3/2017 1:35:50 PM(UTC-5)

So what you been doing this whole time

3/3/2017 1:36:17 PM(UTC-5)

Chilling sitting

3/3/2017 1:36:20 PM(UTC-5)

Lol

3/3/2017 1:52:37 PM(UTC-5)

No lol I got a jacket

spadecrush ♠ACE Spades♠                                        3/3/2017 1:53:12 PM(UTC-5)

You gonna freeze we got no blanket no heat

spadecrush ♠ACE Spades♠                                        3/3/2017 1:53:30 PM(UTC-5)

Lmfao jk

Lmao

3/3/2017 1:53:38 PM(UTC-5)

That would be crazy

3/3/2017 1:54:23 PM(UTC-5)

spadecrush ♠ACE Spades♠

3/3/2017 1:55:35 PM(UTC-5)

I'd make sure you don't freeze

Lol awww

3/3/2017 1:56:12 PM(UTC-5)

Awwww

3/3/2017 1:56:42 PM(UTC-5)

spadecrush ♠ACE Spades♠

3/3/2017 2:11:21 PM(UTC-5)

Lol

Wyd

3/3/2017 2:23:38 PM(UTC-5)

3/3/2017 2:35:50 PM(UTC-5)

lol just chillin here

3/3/2017 2:35:50 PM(UTC-5)

Babe,

3/3/2017 2:47:30 PM(UTC-5)

??

3/3/2017 2:50:37 PM(UTC-5)

It's 3:08?

3/3/2017 3:08:34 PM(UTC-5)

!!!!!!!!!!!!!!!!

3/3/2017 3:11:47 PM(UTC-5)

D

3/3/2017 3:11:49 PM(UTC-5)

Hello

3/3/2017 3:13:06 PM(UTC-5)

Babe

3/3/2017 3:23:08 PM(UTC-5)

Hello

3/3/2017 3:23:10 PM(UTC-5)

3/3/2017 3:25:13 PM(UTC-5)

???

3/3/2017 3:27:54 PM(UTC-5)

Wow

3/3/2017 3:30:03 PM(UTC-5)

....

3/3/2017 3:38:32 PM(UTC-5)

Babe

3/3/2017 3:44:52 PM(UTC-5)

Hello

3/3/2017 3:47:50 PM(UTC-5)

Oh so ur not gonna answer me

3/3/2017 3:52:55 PM(UTC-5)

?

3/3/2017 3:53:01 PM(UTC-5)

Okay

3/3/2017 4:03:46 PM(UTC-5)

HELLOOOOOO

3/3/2017 4:03:59 PM(UTC-5)

Omg

3/3/2017 4:06:18 PM(UTC-5)

U fr

3/3/2017 4:29:58 PM(UTC-5)

Soo

3/3/2017 4:30:03 PM(UTC-5)

Ur not coming ?

3/3/2017 4:33:43 PM(UTC-5)

OMG HELLO

3/3/2017 4:36:51 PM(UTC-5)

How are u just ignore me

3/3/2017 4:43:11 PM(UTC-5)

......

3/3/2017 4:43:14 PM(UTC-5)

Wow

3/3/2017 4:46:40 PM(UTC-5)

L

3/3/2017 4:46:41 PM(UTC-5)

L

3/3/2017 4:46:43 PM(UTC-5)

I

3/3/2017 4:46:45 PM(UTC-5)

E

3/3/2017 4:47:12 PM(UTC-5)

S

3/3/2017 4:47:12 PM(UTC-5)

X

3/3/2017 4:47:13 PM(UTC-5)

S

3/3/2017 4:47:15 PM(UTC-5)

A

3/3/2017 4:47:25 PM(UTC-5)

Sasha's just

3/3/2017 4:47:34 PM(UTC-5)

Uhh

3/3/2017 4:47:44 PM(UTC-5)

Keene

3/3/2017 4:51:25 PM(UTC-5)

Omg

3/3/2017 4:51:42 PM(UTC-5)

?

3/3/2017 4:51:54 PM(UTC-5)

Did u just walk up or somthing

3/3/2017 4:52:45 PM(UTC-5)

Bruh u leaving me on read

3/3/2017 4:52:48 PM(UTC-5)

Lmao

3/3/2017 4:53:33 PM(UTC-5)

.



☆ ▓▓▓▓▓ ▓▓▓ ♥                                        3/3/2017 4:54:13 PM(UTC-5)

Lmao I'm sitting at Starbucks

☆ 😈 spadecrush ♠ACE Spades♠                           3/3/2017 4:54:50 PM(UTC-5)

Lmfao babe I fell asleep I'm sorry lol I'm still coming tho chill lol

☆ 😈 ▓▓▓▓ ▓▓▓ ♥                                       3/3/2017 4:54:58 PM(UTC-5)

Omg thank god

☆ 😈 spadecrush ♠ACE Spades♠                           3/3/2017 4:55:02 PM(UTC-5)

I got this boo

☆ 😈 ▓▓▓▓▓ ▓▓▓ ♥                                      3/3/2017 4:55:04 PM(UTC-5)

U scared me

☆ 😈 spadecrush ♠ACE Spades♠                           3/3/2017 4:55:10 PM(UTC-5)

Lmfao

☆ 😈 ▓▓▓▓▓ ▓▓▓ ♥                                      3/3/2017 4:55:12 PM(UTC-5)

☆ 😈 ▓▓▓▓▓ ▓▓▓ ♥                                      3/3/2017 4:55:18 PM(UTC-5)

Thought u forgot me llmao

☆ 😈 spadecrush ♠ACE Spades♠                           3/3/2017 4:55:19 PM(UTC-5)

☆ 😈 spadecrush ♠ACE Spades♠                           3/3/2017 4:55:19 PM(UTC-5)

I'm sorry

☆ 😈 ▓▓▓▓▓▓ ▓▓▓ ♥                                     3/3/2017 4:55:25 PM(UTC-5)

It's okay baby

☆ 😈 spadecrush ♠ACE Spades♠                           3/3/2017 4:55:32 PM(UTC-5)

I got you tho don't trip

☆ 😈 ▓▓▓▓▓▓ ▓▓▓ ♥                                     3/3/2017 4:55:40 PM(UTC-5)

Awww baby I love u

☆ 😈 ▓▓▓▓▓ ▓▓▓ ♥                                      3/3/2017 4:55:49 PM(UTC-5)

So when are u leaving?

☆ 😈 spadecrush ♠ACE Spades♠                           3/3/2017 4:56:50 PM(UTC-5)

We leaving shortly

☆ 😈 ▓▓▓▓▓ ▓▓▓ ♥                                      3/3/2017 4:56:58 PM(UTC-5)

Okie

☆ 😈 spadecrush ♠ACE Spades♠                           3/3/2017 4:58:05 PM(UTC-5)

I'll see you tonight

21

Okay what time

3/3/2017 5:07:04 PM(UTC-5)

spadecrush ♠ACE Spades♠

3/3/2017 5:13:19 PM(UTC-5)

Prob 11 maybe 12 depending on how fast we can drive

spadecrush ♠ACE Spades♠

3/3/2017 5:13:27 PM(UTC-5)

Where are you gonna be

♥

3/3/2017 5:15:43 PM(UTC-5)

Okay when u get to the address there's a school when u get. To the neighbourhood I'm gonna be there

spadecrush ♠ACE Spades♠

3/3/2017 5:17:38 PM(UTC-5)

Ok where is your stuff gonna be

spadecrush ♠ACE Spades♠

3/3/2017 5:17:49 PM(UTC-5)

Are you gonna warm at least

♥

3/3/2017 5:18:11 PM(UTC-5)

Yeah I'm warm I just have two backpacks

spadecrush ♠ACE Spades♠

3/3/2017 5:20:02 PM(UTC-5)

Ok boo

♥

3/3/2017 5:40:29 PM(UTC-5)

♥

3/3/2017 5:52:02 PM(UTC-5)

Did u leave?

♥

3/3/2017 6:36:52 PM(UTC-5)

Baby u driving

spadecrush ♠ACE Spades♠

3/3/2017 6:38:57 PM(UTC-5)

Yes baby I'm driving lol its me and my brother

♥

3/3/2017 6:39:29 PM(UTC-5)

Hahaha I'm in the laundry room again

spadecrush ♠ACE Spades♠

3/3/2017 6:39:37 PM(UTC-5)

Lmfao

♥

3/3/2017 6:40:07 PM(UTC-5)

Haha baby I can't wait to see u

spadecrush ♠ACE Spades♠

3/3/2017 6:40:27 PM(UTC-5)

Lol I can't wait to see you either

♥

3/3/2017 6:48:10 PM(UTC-5)

3/3/2017 6:46:10 PM(UTC-5)

spadecrush ♠ACE Spades♠                                                          3/3/2017 6:55:18 PM(UTC-5)

Wyd

spadecrush ♠ACE Spades♠                                                          3/3/2017 6:55:27 PM(UTC-5)

When did you eat last

                                                                                  3/3/2017 6:55:43 PM(UTC-5)

30 mins ago

                                                                                  3/3/2017 6:55:57 PM(UTC-5)

My friend works at subway

spadecrush ♠ACE Spades♠                                                          3/3/2017 7:00:15 PM(UTC-5)

Lol I just got subway

                                                                                  3/3/2017 7:04:36 PM(UTC-5)

Lol

                                                                                  3/3/2017 7:21:31 PM(UTC-5)

How

                                                                                  3/3/2017 7:21:31 PM(UTC-5)

How many hours far are y'all

spadecrush ♠ACE Spades♠                                                          3/3/2017 7:22:52 PM(UTC-5)

I'm not sure lol we still got like 3 or 4hrs boo

                                                                                  3/3/2017 7:23:45 PM(UTC-5)

Y'all speeding

spadecrush ♠ACE Spades♠                                                          3/3/2017 7:35:52 PM(UTC-5)

Lo

spadecrush ♠ACE Spades♠                                                          3/3/2017 7:35:52 PM(UTC-5)

Lol

                                                                                  3/3/2017 7:43:02 PM(UTC-5)

Y'all gon catch a ticket

spadecrush ♠ACE Spades♠                                                          3/3/2017 7:53:58 PM(UTC-5)

Nah lol

                                                                                  3/3/2017 7:54:14 PM(UTC-5)

lol that's good

spadecrush ♠ACE Spades♠                                                          3/3/2017 7:54:43 PM(UTC-5)

Cute self

3/3/2017 8:01:21 PM(UTC-5)

e59b5a3b-3fd9-4887-8547-
1f78984de0bf
(Empty File)

spadecrush ♠ACE Spades♠                                    3/3/2017 8:04:16 PM(UTC-5)

You got Snap nigga

3/3/2017 8:04:36 PM(UTC-5)

Yeah

3/3/2017 8:04:37 PM(UTC-5)

Lmao

spadecrush ♠ACE Spades♠                                    3/3/2017 8:07:13 PM(UTC-5)

What is it lol I'm gonna add you

3/3/2017 8:07:44 PM(UTC-5)

3/3/2017 9:07:33 PM(UTC-5)

Imma take a nap

spadecrush ♠ACE Spades♠                                    3/3/2017 9:12:14 PM(UTC-5)

Where at

3/3/2017 9:12:42 PM(UTC-5)

94e369eb-2a41-4c88-86e9-
b7063c095e15
(Empty File)

3/3/2017 9:12:47 PM(UTC-5)

spadecrush ♠ACE Spades♠                                    3/3/2017 9:13:16 PM(UTC-5)

Wth you at

spadecrush ♠ACE Spades♠                                    3/3/2017 9:29:44 PM(UTC-5)

That road trip coming to me lol

3/3/2017 9:29:54 PM(UTC-5)

Lol huh

spadecrush ♠ACE Spades♠                                    3/3/2017 9:31:22 PM(UTC-5)

What you put in the group

24

spadecrush ♠ACE Spades♠                                      3/3/2017 9:31:34 PM(UTC-5)

Lol

⬛⬛⬛⬛ ♥                                                      3/3/2017 9:31:39 PM(UTC-5)

Lmao

spadecrush ♠ACE Spades♠                                      3/3/2017 9:32:24 PM(UTC-5)

I'm.ready to hold you keep you warm lol

⬛⬛⬛⬛ ♥                                                      3/3/2017 9:32:48 PM(UTC-5)

Awwwwww

⬛⬛⬛⬛ ♥                                                      3/3/2017 9:32:55 PM(UTC-5)

Me too

⬛⬛⬛⬛ ♥                                                      3/3/2017 9:33:08 PM(UTC-5)

60dabb6e-28ec-457f-8376-
0a021111f609
(Empty File)

spadecrush ♠ACE Spades♠                                      3/3/2017 9:34:04 PM(UTC-5)

Stop being sexy lol

spadecrush ♠ACE Spades♠                                      3/3/2017 9:34:13 PM(UTC-5)

That look ugh

⬛⬛⬛⬛ ♥                                                      3/3/2017 9:34:27 PM(UTC-5)

spadecrush ♠ACE Spades♠                                      3/3/2017 9:34:34 PM(UTC-5)

Sup it lol

spadecrush ♠ACE Spades♠                                      3/3/2017 9:34:40 PM(UTC-5)

Jk don't

⬛⬛⬛⬛ ♥                                                      3/3/2017 9:34:46 PM(UTC-5)

Lol

spadecrush ♠ACE Spades♠                                      3/3/2017 9:35:50 PM(UTC-5)

Yo ass gonna be tired af boo

⬛⬛⬛⬛ ♥                                                      3/3/2017 9:35:58 PM(UTC-5)

Ik

⬛⬛⬛⬛ ♥                                                      3/3/2017 9:36:03 PM(UTC-5)

It is rn

spadecrush ♠ACE Spades♠                                      3/3/2017 9:36:40 PM(UTC-5)



3/3/2017 9:36:55 PM(UTC-5)

Aww
What's wrong

spadecrush ♠ACE Spades♠                                              3/3/2017 9:37:10 PM(UTC-5)

I'm sorry

♥                                                                    3/3/2017 9:37:17 PM(UTC-5)

Aww don't be

spadecrush ♠ACE Spades♠                                              3/3/2017 9:37:38 PM(UTC-5)

But your cold and tired

♥                                                                    3/3/2017 9:40:07 PM(UTC-5)

It's okay

♥                                                                    3/3/2017 9:52:01 PM(UTC-5)

Bae?

spadecrush ♠ACE Spades♠                                              3/3/2017 9:59:13 PM(UTC-5)

Yes baby

♥                                                                    3/3/2017 9:59:37 PM(UTC-5)

How far are u guys

spadecrush ♠ACE Spades♠                                              3/3/2017 10:02:17 PM(UTC-5)

Not sure babe

♥                                                                    3/3/2017 10:03:50 PM(UTC-5)

Can u check?

spadecrush ♠ACE Spades♠                                              3/3/2017 10:05:27 PM(UTC-5)

It's says 3 and a half hrs there is a delay

♥                                                                    3/3/2017 10:05:38 PM(UTC-5)

Oh okay

spadecrush ♠ACE Spades♠                                              3/3/2017 10:07:06 PM(UTC-5)

Baby I'm trying I'm so sorry I slept late

♥                                                                    3/3/2017 10:07:17 PM(UTC-5)

It's okay babe

spadecrush ♠ACE Spades♠                                              3/3/2017 10:09:19 PM(UTC-5)

When we get there I'm gonna give you my big Jacket and I'll grab your bags lol

♥                                                                    3/3/2017 10:11:04 PM(UTC-5)

Aww

spadecrush ♠ACE Spades♠                                              3/3/2017 10:12:33 PM(UTC-5)

Aww what lol

26



That's so cute
3/3/2017 10:12:39 PM(UTC-5)

3/3/2017 10:12:42 PM(UTC-5)

spadecrush ♠ACE Spades♠
3/3/2017 10:13:04 PM(UTC-5)
How is it cute I'm serious

spadecrush ♠ACE Spades♠
3/3/2017 10:13:09 PM(UTC-5)
I want you warm

3/3/2017 10:13:20 PM(UTC-5)
Awwww baby I love u

spadecrush ♠ACE Spades♠
3/3/2017 10:13:38 PM(UTC-5)

3/3/2017 10:14:38 PM(UTC-5)

spadecrush ♠ACE Spades♠
3/3/2017 10:14:49 PM(UTC-5)

3/3/2017 10:14:58 PM(UTC-5)
What's wron

spadecrush ♠ACE Spades♠
3/3/2017 10:15:09 PM(UTC-5)
I guess that's a no

3/3/2017 10:15:20 PM(UTC-5)
What's a no u didn't say anything

spadecrush ♠ACE Spades♠
3/3/2017 10:16:05 PM(UTC-5)
Yes I did lol read emoji

3/3/2017 10:16:13 PM(UTC-5)
Oh lol

spadecrush ♠ACE Spades♠
3/3/2017 10:16:29 PM(UTC-5)
Think about it lol

3/3/2017 10:16:35 PM(UTC-5)
Lmao dick

spadecrush ♠ACE Spades♠
3/3/2017 10:16:42 PM(UTC-5)
What about it

3/3/2017 10:17:13 PM(UTC-5)
U wanna give me dick?

27



spadecrush ♠ACE Spades♠                                    3/3/2017 10:20:02 PM(UTC-5)

Maybe lol

███████ ███████ ♥                                         3/3/2017 10:20:09 PM(UTC-5)

Lol

spadecrush ♠ACE Spades♠                                   3/3/2017 10:20:16 PM(UTC-5)

I'm saying you can get it

███████ ███████ ♥                                         3/3/2017 10:20:24 PM(UTC-5)

Lol

spadecrush ♠ACE Spades♠                                   3/3/2017 10:20:35 PM(UTC-5)

But you said no so I'll leave you alone sorry to bother you

███████ ███████ ♥                                         3/3/2017 10:20:42 PM(UTC-5)

Lmao

███████ ███████ ♥                                         3/3/2017 10:20:46 PM(UTC-5)

I didn't say no

███████ ███████ ♥                                         3/3/2017 10:20:50 PM(UTC-5)

Where do I say no

███████ ███████ ♥                                         3/3/2017 10:21:46 PM(UTC-5)

?

spadecrush ♠ACE Spades♠                                   3/3/2017 10:22:30 PM(UTC-5)

You was just like lol

spadecrush ♠ACE Spades♠                                   3/3/2017 10:22:44 PM(UTC-5)

You just put

███████ ███████ ♥                                         3/3/2017 10:22:52 PM(UTC-5)

Doesn't mean not

███████ ███████ ♥                                         3/3/2017 10:25:31 PM(UTC-5)

Lol

███████ ███████ ♥                                         3/3/2017 10:26:55 PM(UTC-5)

My friends m

███████ ███████ ♥                                         3/3/2017 10:26:55 PM(UTC-5)

My friends mom who works at a hotel said she can let me stay in the room for a couple ours  till u guys come and get me

spadecrush ♠ACE Spades♠                                   3/3/2017 10:31:00 PM(UTC-5)

Ok good where is it at

███████ ███████ ♥                                         3/3/2017 10:37:47 PM(UTC-5)

Imma ask for the address but it's not far

spadecrush ♠ACE Spades♠                                                          3/3/2017 10:42:13 PM(UTC-5)

Ok

███████  ███████ ♥                                                              3/3/2017 11:13:13 PM(UTC-5)

How far

spadecrush ♠ACE Spades♠                                                          3/3/2017 11:18:29 PM(UTC-5)

Oh idk we in Mountains  lol

███████  ███████ ♥                                                              3/3/2017 11:19:25 PM(UTC-5)

Mountains????

spadecrush ♠ACE Spades♠                                                          3/3/2017 11:29:16 PM(UTC-5)

We in West Virginia somewhere or some shit

███████  ███████ ♥                                                              3/3/2017 11:29:39 PM(UTC-5)

What!!

spadecrush ♠ACE Spades♠                                                          3/3/2017 11:31:42 PM(UTC-5)

Idk lol hold on

spadecrush ♠ACE Spades♠                                                          3/3/2017 11:32:13 PM(UTC-5)

We got like 2 and a half hrs

███████  ███████ ♥                                                              3/3/2017 11:34:24 PM(UTC-5)

Are u sure u guys are going the right way

spadecrush ♠ACE Spades♠                                                          3/3/2017 11:37:03 PM(UTC-5)

Yes lol

███████  ███████ ♥                                                              3/3/2017 11:40:42 PM(UTC-5)

Lol

spadecrush ♠ACE Spades♠                                                          3/3/2017 11:42:59 PM(UTC-5)

A Lil under 2hrs now

███████  ███████ ♥                                                              3/3/2017 11:48:16 PM(UTC-5)

Okay y'all wanna stay in this hotel tonight

███████  ███████ ♥                                                              3/4/2017 12:08:59 AM(UTC-5)

???

███████  ███████ ♥                                                              3/4/2017 12:09:19 AM(UTC-5)

Baby

spadecrush ♠ACE Spades♠                                                          3/4/2017 12:15:37 AM(UTC-5)

We may come in and chill but idk about stay we gotta get

spadecrush ♠ACE Spades♠                                                          3/4/2017 12:15:37 AM(UTC-5)

We may come in and chill but idk about stay we gotta get back boo

☆ ███████████ ♥                                                3/4/2017 12:17:02 AM(UTC-5)

Okay yeah it's cause my friend paid for it lol

---

☆ 👁 spadecrush ♠ACE Spades♠                                   3/4/2017 12:18:11 AM(UTC-5)

Oh shit wtf lol damn  well  I would but  idk if we can I'll cuddle you for a bit tho

---

☆ 👁 spadecrush ♠ACE Spades♠                                   3/4/2017 12:18:17 AM(UTC-5)

Lol

---

☆ 👁 ███████████ ♥                                             3/4/2017 12:18:27 AM(UTC-5)

Haha okay

---

☆ 👁 ███████████ ♥                                             3/4/2017 12:19:02 AM(UTC-5)

How far are u guys

---

☆ 👁 spadecrush ♠ACE Spades♠                                   3/4/2017 12:24:04 AM(UTC-5)

Call me 9379027270

---

☆ 👁 ███████████ ♥                                             3/4/2017 12:39:37 AM(UTC-5)

7212 Richmond Hwy, Alexandria, VA

---

☆ 👁 ███████████ ♥                                             3/4/2017 12:56:35 AM(UTC-5)

Okie

---

☆ 👁 spadecrush ♠ACE Spades♠                                   3/4/2017 1:25:01 AM(UTC-5)

Ok

---

☆ 👁 ███████████ ♥                                             3/4/2017 2:12:02 AM(UTC-5)

Hey

---

☆ 👁 ███████████ ♥                                             3/4/2017 2:12:08 AM(UTC-5)

Y'all here yet

---

☆ 👁 ███████████ ♥                                             3/4/2017 2:12:10 AM(UTC-5)

Lol

---

☆ 👁 spadecrush ♠ACE Spades♠                                   3/4/2017 4:02:37 AM(UTC-5)

---

☆ 👁 ███████████ ♥                                             3/4/2017 10:50:00 PM(UTC-5)

Baby

---

☆ 👁 ███████████ ♥                                             3/4/2017 10:50:04 PM(UTC-5)

Wya

---

☆ 👁 ███████████ ♥                                             3/5/2017 1:31:43 AM(UTC-5)

I'm so horny

---

☆ 👁 spadecrush ♠ACE Spades♠                                   3/5/2017 8:47:32 AM(UTC-5)

Lol

spadecrush ♠ACE Spades♠                                              3/5/2017 9:57:24 PM(UTC-5)

a6f8e3e3-f6b2-4075-981c-8512ac452e4e

spadecrush ♠ACE Spades♠                                              3/5/2017 9:57:30 PM(UTC-5)

Current situation

██████████ ♥                                                        3/6/2017 10:08:44 AM(UTC-5)

I know I say "I love you" all the time, but that's not enough. Those three words can't describe the way I feel about you. You make my tummy do flips and my hands shake. I've never loved anyone as much as I love you and I don't think I will ever love someone this much again. You're everything I have ever wanted and needed. I love you so much, you're my everything, my entire heart and world.

██████████ ♥                                                        3/6/2017 11:33:33 AM(UTC-5)

██████████ ♥                                                        3/6/2017 11:35:22 AM(UTC-5)

Imma be mad all day

spadecrush ♠ACE Spades♠                                              3/6/2017 8:16:34 PM(UTC-5)

Why you look so pissed

██████████ ♥                                                        3/6/2017 8:18:38 PM(UTC-5)

CAUSE I AM

spadecrush ♠ACE Spades♠                                              3/6/2017 8:20:59 PM(UTC-5)

A

spadecrush ♠ACE Spades♠                                              3/6/2017 8:20:59 PM(UTC-5)

About what now I haven't done nun

██████████ ♥                                                        3/6/2017 8:21:55 PM(UTC-5)

You guys are engaged

██████████ ♥                                                        3/6/2017 8:21:59 PM(UTC-5)

And u didn't tell me

spadecrush ♠ACE Spades♠                                              3/6/2017 8:22:27 PM(UTC-5)

No tf were not we used to be then we broke up tf

██████████ ♥                                                        3/6/2017 8:22:43 PM(UTC-5)

She was just telling me you guys are good now

██████████ ♥                                                        3/6/2017 8:22:50 PM(UTC-5)

And that your working it out

spadecrush ♠ACE Spades♠                                              3/6/2017 8:23:14 PM(UTC-5)

She telling you that because she scared you gonna try and take me

spadecrush ♠ACE Spades♠                                              3/6/2017 8:23:38 PM(UTC-5)

She telling you that because she see the looks you give her

spadecrush ♠ACE Spades♠                                             3/6/2017 8:24:01 PM(UTC-5)

Those shorts aren't even mine those are her ex bf

spadecrush ♠ACE Spades♠                                             3/6/2017 8:24:12 PM(UTC-5)

I ain't done nun wrong

▬▬▬▬▬▬ ▬▬▬▬▬♥                                                      3/6/2017 8:24:28 PM(UTC-5)

And why she come out ur room she clearly had her shit off

spadecrush ♠ACE Spades♠                                             3/6/2017 8:24:43 PM(UTC-5)

She changed that's all she did

spadecrush ♠ACE Spades♠                                             3/6/2017 8:25:06 PM(UTC-5)

If I fucked her you would know I make you scream she would have to

spadecrush ♠ACE Spades♠                                             3/6/2017 8:25:21 PM(UTC-5)

I'm getting in shower

▬▬▬▬▬▬ ▬▬▬▬▬♥                                                      3/6/2017 8:25:40 PM(UTC-5)

Lol and without me

▬▬▬▬▬▬ ▬▬▬▬▬♥                                                      3/6/2017 8:25:46 PM(UTC-5)

Wish I could be with u

▬▬▬▬▬▬ ▬▬▬▬▬♥                                                      3/6/2017 8:26:58 PM(UTC-5)

So she sleeping here tonight

spadecrush ♠ACE Spades♠                                             3/6/2017 8:37:23 PM(UTC-5)

I guess idk I have to work I won't be here

▬▬▬▬▬▬ ▬▬▬▬▬♥                                                      3/6/2017 8:40:07 PM(UTC-5)

Oh okay baby I love u

spadecrush ♠ACE Spades♠                                             3/6/2017 8:47:19 PM(UTC-5)

Love you too

▬▬▬▬▬▬ ▬▬▬▬▬♥                                                      3/6/2017 8:47:50 PM(UTC-5)

I love u more baby

▬▬▬▬▬▬ ▬▬▬▬▬♥                                                      3/6/2017 11:00:34 PM(UTC-5)

Hm

▬▬▬▬▬▬ ▬▬▬▬▬♥                                                      3/6/2017 11:00:36 PM(UTC-5)

Okay

▬▬▬▬▬▬ ▬▬▬▬▬♥                                                      3/6/2017 11:00:40 PM(UTC-5)

So u did kiss her

▬▬▬▬▬▬ ▬▬▬▬▬♥                                                      3/6/2017 11:00:41 PM(UTC-5)

Wow



3/6/2017 11:01:39 PM(UTC-5)

Okay fine be like that

3/7/2017 1:15:15 PM(UTC-5)

28ae05a6-ad7a-4656-8375-b321a84c40bb

3/7/2017 1:15:32 PM(UTC-5)

Make me squirt like da

3/7/2017 2:08:28 PM(UTC-5)

Babe

3/7/2017 7:15:33 PM(UTC-5)

https://open.spotify.com/track/101TaHCVkpOMmlQNjPKRQ5

3/7/2017 7:15:54 PM(UTC-5)

This just explains

spadecrush ♠ACE Spades♠                                  3/7/2017 10:00:06 PM(UTC-5)

Lol

3/7/2017 10:00:26 PM(UTC-5)

Baby

3/7/2017 10:00:36 PM(UTC-5)

I'm sorry fr earlier

spadecrush ♠ACE Spades♠                                  3/7/2017 10:00:44 PM(UTC-5)

Hold on and it's ok

3/7/2017 10:07:58 PM(UTC-5)

I didn't mean it i  love u baby can we start over ? No arguments

spadecrush ♠ACE Spades♠                                  3/7/2017 11:28:17 PM(UTC-5)

We are gonna talk about this later trust me

3/7/2017 11:28:39 PM(UTC-5)

Talk about what

3/7/2017 11:29:39 PM(UTC-5)

Baby what are we gonna talk about ? Like u haven't been telling like are u tryna break up with me

3/7/2017 11:30:37 PM(UTC-5)

...

3/7/2017 11:31:46 PM(UTC-5)

Ur scaring me like fr I feel like u don't want to be with me

33

3/7/2017 11:33:49 PM(UTC-5)

.....

3/7/2017 11:36:53 PM(UTC-5)

C

3/7/2017 11:36:55 PM(UTC-5)

A

3/7/2017 11:36:56 PM(UTC-5)

N

3/7/2017 11:36:58 PM(UTC-5)

Y

3/7/2017 11:36:59 PM(UTC-5)

O

3/7/2017 11:37:01 PM(UTC-5)

u

3/7/2017 11:37:04 PM(UTC-5)

T

3/7/2017 11:37:06 PM(UTC-5)

E

3/7/2017 11:37:08 PM(UTC-5)

L

3/7/2017 11:37:09 PM(UTC-5)

L

3/7/2017 11:37:11 PM(UTC-5)

M

3/7/2017 11:37:12 PM(UTC-5)

E

spadecrush ♠ACE Spades♠                                      3/7/2017 11:59:40 PM(UTC-5)

It's nun bad just chill

spadecrush ♠ACE Spades♠                                      3/8/2017 12:01:51 AM(UTC-5)

No one is getting dumped lol

3/8/2017 12:10:01 AM(UTC-5)

Omg oh okay

3/8/2017 4:02:57 AM(UTC-5)

Enjoy cuddling with her

34



███████ ███ ♥                                    3/8/2017 4:23:19 PM(UTC-5)

Hey u okay babe

🔴 spadecrush ♠ACE Spades♠                        3/8/2017 6:27:49 PM(UTC-5)

Wtf you rapping to that nigga you talk to mad niggas yo

🔴 ██████ ███ ♥                                   3/8/2017 6:28:12 PM(UTC-5)

Lmao  calm down

🔴 ██████ ███ ♥                                   3/8/2017 6:28:21 PM(UTC-5)

We seeing who better

🔴 ██████ ███ ♥                                   3/8/2017 6:28:33 PM(UTC-5)

Lmao that's the same guy I been talk to

🔴 ██████ ███ ♥                                   3/8/2017 6:28:46 PM(UTC-5)

He's my bestfriend since 6 grade

🔴 spadecrush ♠ACE Spades♠                        3/8/2017 6:31:09 PM(UTC-5)

Ya I bet the same one who said he wanted to break your back in

🔴 ██████ ███ ♥                                   3/8/2017 6:31:22 PM(UTC-5)

Lmao he joking

🔴 ██████ ███ ♥                                   3/8/2017 6:31:25 PM(UTC-5)

And he talking about

🔴 ██████ ███ ♥                                   3/8/2017 6:31:27 PM(UTC-5)

Jacket

🔴 ██████ ███ ♥                                   3/8/2017 6:31:29 PM(UTC-5)

Jacky

🔴 spadecrush ♠ACE Spades♠                        3/8/2017 6:31:31 PM(UTC-5)

It's cool tho ✔ do your thing

🔴 ██████ ███ ♥                                   3/8/2017 6:31:36 PM(UTC-5)

Omg

🔴 ██████ ███ ♥                                   3/8/2017 6:31:38 PM(UTC-5)

Calm down

🔴 spadecrush ♠ACE Spades♠                        3/8/2017 6:31:38 PM(UTC-5)

Js

🔴 ██████ ███ ♥                                   3/8/2017 6:31:39 PM(UTC-5)

Baby

🔴 spadecrush ♠ACE Spades♠                        3/8/2017 6:31:44 PM(UTC-5)

You good



3/8/2017 6:31:49 PM(UTC-5)

No we ain't even do nothing

spadecrush ♠ACE Spades♠   3/8/2017 6:31:56 PM(UTC-5)

I'm going to bed

3/8/2017 6:32:00 PM(UTC-5)

No baby

3/8/2017 6:32:02 PM(UTC-5)

Wait

spadecrush ♠ACE Spades♠   3/8/2017 6:32:11 PM(UTC-5)

No I'm tired

3/8/2017 6:32:14 PM(UTC-5)

U jelly

3/8/2017 6:32:19 PM(UTC-5)

Jellyfish

spadecrush ♠ACE Spades♠   3/8/2017 6:32:26 PM(UTC-5)

Nah go ahead

3/8/2017 6:32:33 PM(UTC-5)

Listen

3/8/2017 6:32:38 PM(UTC-5)

I'm gonna tell him

3/8/2017 6:32:42 PM(UTC-5)

To not talk to me

spadecrush ♠ACE Spades♠   3/8/2017 6:32:54 PM(UTC-5)

Nah I'm going to Sleep night

3/8/2017 6:32:57 PM(UTC-5)

Baby

3/8/2017 6:33:02 PM(UTC-5)

Stop being like that

spadecrush ♠ACE Spades♠   3/8/2017 6:33:26 PM(UTC-5)

Going to Sleep not being like nun gn

3/8/2017 6:33:31 PM(UTC-5)

Baby

3/8/2017 6:33:34 PM(UTC-5)

If u want

3/8/2017 6:33:39 PM(UTC-5)

U can check ur phone

3/8/2017 6:33:41 PM(UTC-5)

My

spadecrush ♠ACE Spades♠                                    3/8/2017 6:34:37 PM(UTC-5)

Nah gn

3/8/2017 6:34:41 PM(UTC-5)

Baby

3/8/2017 6:34:53 PM(UTC-5)

If I had somthing to have d

3/8/2017 6:34:54 PM(UTC-5)

Hide

3/8/2017 6:35:03 PM(UTC-5)

I wouldn't talk to him in front of u

spadecrush ♠ACE Spades♠                                    3/8/2017 6:35:54 PM(UTC-5)

K going to Sleep have fun

3/8/2017 6:35:59 PM(UTC-5)

Stop

3/8/2017 6:36:02 PM(UTC-5)

Baby

3/8/2017 6:36:37 PM(UTC-5)

Lmao

3/8/2017 6:37:43 PM(UTC-5)

Baby

3/8/2017 6:37:47 PM(UTC-5)

Wake up baby

3/8/2017 6:37:49 PM(UTC-5)

Talk to me

3/8/2017 6:42:13 PM(UTC-5)



853e97e0-cb15-4787-9ffd-
393c5850bdf4

spadecrush ♠ACE Spades♠                                    3/8/2017 6:42:51 PM(UTC-5)

K I'm going to Sleep

37

3/8/2017 6:42:56 PM(UTC-5)

Baby

3/8/2017 6:43:00 PM(UTC-5)

I love u

3/8/2017 6:43:11 PM(UTC-5)

When I gonna sleep next to u again

spadecrush ♠ACE Spades♠                                          3/8/2017 6:44:49 PM(UTC-5)

Not shit had a blunt now I'm on this lean

3/8/2017 6:45:34 PM(UTC-5)

40dda47b-a70c-4b72-909e-8600ea7956f8

3/8/2017 7:11:11 PM(UTC-5)

I love u?

spadecrush ♠ACE Spades♠                                          3/8/2017 11:08:41 PM(UTC-5)

You wild

3/8/2017 11:08:49 PM(UTC-5)

.

3/8/2017 11:08:51 PM(UTC-5)

What

spadecrush ♠ACE Spades♠                                          3/8/2017 11:08:59 PM(UTC-5)

How you acting

3/8/2017 11:09:12 PM(UTC-5)

I'm hurt

3/8/2017 11:10:40 PM(UTC-5)

Cause I'm the one that should be getting ur kisses I'm the one that should be waking up next to u I'm the one that u should be holding and cuddling

3/8/2017 11:11:42 PM(UTC-5)

Do u not realize until now I still haven't gon off on her side f I was some other girl best believe the girl would go off

3/8/2017 11:12:52 PM(UTC-5)

..

3/8/2017 11:13:05 PM(UTC-5)

?

3/8/2017 11:13:19 PM(UTC-5)

Oh so u leaving me on read now

38

███████ ███████ ♥                                   3/8/2017 11:13:58 PM(UTC-5)

Hm

spadecrush ♠ACE Spades♠                             3/8/2017 11:14:21 PM(UTC-5)

I understand but I'm trying to keep you here without trouble starting you gotta realize that I know how you feel trust me but I'm trying I can't have you acting how you act tho

███████ ███████ ♥                                   3/8/2017 11:14:40 PM(UTC-5)

How am I acting?

spadecrush ♠ACE Spades♠                             3/8/2017 11:14:49 PM(UTC-5)

If you can't work with me and understand than idk what else to do

spadecrush ♠ACE Spades♠                             3/8/2017 11:15:29 PM(UTC-5)

You act like I can have an open relationship with you knowing I can't

███████ ███████ ♥                                   3/8/2017 11:15:39 PM(UTC-5)

What

███████ ███████ ♥                                   3/8/2017 11:15:55 PM(UTC-5)

What does that mean

spadecrush ♠ACE Spades♠                             3/8/2017 11:16:07 PM(UTC-5)

It will get us in trouble regardless if it's legal

███████ ███████ ♥                                   3/8/2017 11:16:26 PM(UTC-5)

So ur telling me ur gonna be with her but be with me ?

███████ ███████ ♥                                   3/8/2017 11:16:40 PM(UTC-5)

So ur gonna be with both of us is that how it is?

spadecrush ♠ACE Spades♠                             3/8/2017 11:16:50 PM(UTC-5)

It mean I'm trying but I need you to not catch the attitude you catch

███████ ███████ ♥                                   3/8/2017 11:16:58 PM(UTC-5)

What

spadecrush ♠ACE Spades♠                             3/8/2017 11:17:25 PM(UTC-5)

No I'm saying until we can figure out how to get past her and certain laws we have to be low key

███████ ███████ ♥                                   3/8/2017 11:18:13 PM(UTC-5)

1 it's legal in Ohio once ur 16 ur aloud to date anyone over 18 I saw it 2 she said she's going back to Florida

███████ ███████ ♥                                   3/8/2017 11:19:01 PM(UTC-5)

I understand the law part but her!! Like what does the law have to do with her

███████ ███████ ♥                                   3/8/2017 11:20:42 PM(UTC-5)

And what do u mean open relationship

███████ ███████ ♥                                   3/8/2017 11:20:52 PM(UTC-5)

It ain't open tf

spadecrush ♠ACE Spades♠                                3/8/2017 11:22:08 PM(UTC-5)

Never mind I'll tell you later

3/8/2017 11:22:13 PM(UTC-5)

NO

3/8/2017 11:22:16 PM(UTC-5)

Ur telling me

3/8/2017 11:22:17 PM(UTC-5)

Now

3/8/2017 11:22:24 PM(UTC-5)

Because I want to knock w

3/8/2017 11:22:27 PM(UTC-5)

Know

3/8/2017 11:22:29 PM(UTC-5)

NOW

spadecrush ♠ACE Spades♠                                3/8/2017 11:22:39 PM(UTC-5)

Hold up stop  talking to me like that

spadecrush ♠ACE Spades♠                                3/8/2017 11:22:45 PM(UTC-5)

Frfr

3/8/2017 11:22:47 PM(UTC-5)

Or I won't sleep all night

3/8/2017 11:23:03 PM(UTC-5)

Like it's gonna fucking mess me up

3/8/2017 11:23:09 PM(UTC-5)

Can u just tell me

spadecrush ♠ACE Spades♠                                3/8/2017 11:24:12 PM(UTC-5)

All I'm saying is I'm not trying to lose my son or have you kicked out because she finds out her name is on the lease which in law means she can do what she wants because I took my name off when I thought I was moving

spadecrush ♠ACE Spades♠                                3/8/2017 11:24:20 PM(UTC-5)

I have to work

3/8/2017 11:24:34 PM(UTC-5)

Omg

3/8/2017 11:24:55 PM(UTC-5)

Wtf

spadecrush ♠ACE Spades♠                                3/8/2017 11:25:03 PM(UTC-5)

What

3/8/2017 11:25:25 PM(UTC-5)

So ur "with her"  because of that

spadecrush ♠ACE Spades♠                                                3/8/2017 11:26:07 PM(UTC-5)

No I'm not with her we just share a room and she is trying to get back together

spadecrush ♠ACE Spades♠                                                3/8/2017 11:26:38 PM(UTC-5)

You need to erase all of our messages by the way she saw pics of me in your phone

3/8/2017 11:26:53 PM(UTC-5)

WHAT

3/8/2017 11:27:00 PM(UTC-5)

She saw my phone?

3/8/2017 11:27:37 PM(UTC-5)

And so u don't want to be with her

3/8/2017 11:27:46 PM(UTC-5)

Are u trying to make that clear to her

3/8/2017 11:28:07 PM(UTC-5)

Btw she told me and ▮▮▮ she's going back to Florida

3/8/2017 11:28:56 PM(UTC-5)

db54039d-52d9-4421-88e4-
ce042e806ff2

3/8/2017 11:28:56 PM(UTC-5)

She was looking through it on my phone

spadecrush ♠ACE Spades♠                                                3/8/2017 11:29:54 PM(UTC-5)

When did she say that

3/8/2017 11:30:04 PM(UTC-5)

When u left earlier

3/8/2017 11:30:10 PM(UTC-5)

And when

3/8/2017 11:30:13 PM(UTC-5)

U was sleep

spadecrush ♠ACE Spades♠                                                3/8/2017 11:30:28 PM(UTC-5)

Ok well you still need to erase the pics and messages

3/8/2017 11:30:41 PM(UTC-5)

I was talking to her was like u can work things out and she said I don't want a guy that hits me and shit

41



3/8/2017 11:30:51 PM(UTC-5)

Then she was talking about

3/8/2017 11:30:56 PM(UTC-5)

Her ex is crazy

3/8/2017 11:31:01 PM(UTC-5)

And how he abused her

3/8/2017 11:31:34 PM(UTC-5)

She told me u hit her

3/8/2017 11:31:40 PM(UTC-5)

spadecrush ♠ACE Spades♠          3/8/2017 11:32:39 PM(UTC-5)

Lmfao I moved her out my way that's it but whatever anyways I'm going to work erase messages and pics

3/8/2017 11:32:56 PM(UTC-5)

I been do that

3/8/2017 11:33:01 PM(UTC-5)

And I think she saw my kik

3/8/2017 11:33:20 PM(UTC-5)

When someone texted me and saw ur name but I been delete our messages

3/8/2017 11:33:32 PM(UTC-5)

No she said u been doing that

3/8/2017 11:33:36 PM(UTC-5)

Like a lot

3/8/2017 11:33:55 PM(UTC-5)

U been yelling at her and hitting her and shit like that

spadecrush ♠ACE Spades♠          3/8/2017 11:39:01 PM(UTC-5)

Whatever

3/8/2017 11:39:08 PM(UTC-5)

Baby I know it's a lie

3/8/2017 11:39:16 PM(UTC-5)

I know u don't hit her

3/8/2017 11:39:30 PM(UTC-5)

U might get angry but I doubt u would ever hit anyone

3/8/2017 11:40:09 PM(UTC-5)

And I understand I have to chill with the attitude and be patient I love you and imma do what u want me to do baby

42

3/8/2017 11:41:13 PM(UTC-5)

As long as u know who u really belong to

3/8/2017 11:41:18 PM(UTC-5)

3/8/2017 11:42:50 PM(UTC-5)

♥

spadecrush ♠ACE Spades♠                    3/8/2017 11:43:20 PM(UTC-5)

3/8/2017 11:43:24 PM(UTC-5)

What

3/8/2017 11:43:28 PM(UTC-5)

Why u laughing

3/8/2017 11:43:34 PM(UTC-5)

It ain't funny

3/8/2017 11:44:42 PM(UTC-5)

Your mine

3/8/2017 11:44:48 PM(UTC-5)

3/8/2017 11:49:32 PM(UTC-5)

U love me ?

spadecrush ♠ACE Spades♠                    3/8/2017 11:49:47 PM(UTC-5)

Maybe

3/8/2017 11:50:04 PM(UTC-5)

so u be telling me u love me but u don't

spadecrush ♠ACE Spades♠                    3/8/2017 11:50:19 PM(UTC-5)

Omg it was a joke

3/8/2017 11:50:25 PM(UTC-5)

Omg

3/8/2017 11:50:34 PM(UTC-5)

Baby tottaly

3/8/2017 11:50:35 PM(UTC-5)

Funny

3/8/2017 11:50:56 PM(UTC-5)

Wait what was a joke that u love me or maybe



43



spadecrush ♠ACE Spades♠                                    3/9/2017 12:05:48 AM(UTC-5)
Maybe

███████  ███████ ♥                                        3/9/2017 12:06:03 AM(UTC-5)
Lmao

spadecrush ♠ACE Spades♠                                    3/9/2017 12:24:15 AM(UTC-5)
Send me pics lol

███████  ███████ ♥                                        3/9/2017 12:41:41 AM(UTC-5)
Lol

███████  ███████ ♥                                        3/9/2017 12:41:43 AM(UTC-5)
Hey

███████  ███████ ♥                                        3/9/2017 12:41:56 AM(UTC-5)
Oh pics

spadecrush ♠ACE Spades♠                                    3/9/2017 12:42:01 AM(UTC-5)
You got that dude snap chat didn't you

███████  ███████ ♥                                        3/9/2017 12:42:07 AM(UTC-5)
No

███████  ███████ ♥                                        3/9/2017 12:42:08 AM(UTC-5)
Wtf

███████  ███████ ♥                                        3/9/2017 12:42:25 AM(UTC-5)
I don't barley even know him

███████  ███████ ♥                                        3/9/2017 12:43:04 AM(UTC-5)
I didn't advsnyone

spadecrush ♠ACE Spades♠                                    3/9/2017 12:44:43 AM(UTC-5)
Ok

spadecrush ♠ACE Spades♠                                    3/9/2017 12:45:08 AM(UTC-5)
Stop posting that

███████  ███████ ♥                                        3/9/2017 12:45:15 AM(UTC-5)
Posting what?

spadecrush ♠ACE Spades♠                                    3/9/2017 12:45:32 AM(UTC-5)
You can add who you want I just don't want you doing no shady shit

███████  ███████ ♥                                        3/9/2017 12:45:43 AM(UTC-5)
Baby I'm not

spadecrush ♠ACE Spades♠                                    3/9/2017 12:46:01 AM(UTC-5)
Ok well you can add guys and girls

44

spadecrush ♠ACE Spades♠                                3/9/2017 12:46:17 AM(UTC-5)

Don't be posting stuff like that in group chats tho

████████  ████████  ❤                                3/9/2017 12:46:31 AM(UTC-5)

Okay babe

████████  ████████  ❤                                3/9/2017 12:47:28 AM(UTC-5)

How's work baby

spadecrush ♠ACE Spades♠                                3/9/2017 12:47:37 AM(UTC-5)

Boring

████████  ████████  ❤                                3/9/2017 12:47:45 AM(UTC-5)

I bet

████████  ████████  ❤                                3/9/2017 12:48:13 AM(UTC-5)

My ass kinda got bigger

████████  ████████  ❤                                3/9/2017 12:48:31 AM(UTC-5)

I think

spadecrush ♠ACE Spades♠                                3/9/2017 12:48:40 AM(UTC-5)

Lmfao dead af

████████  ████████  ❤                                3/9/2017 12:48:45 AM(UTC-5)

Lmao shut up

spadecrush ♠ACE Spades♠                                3/9/2017 12:48:46 AM(UTC-5)

Where my pics at

████████  ████████  ❤                                3/9/2017 12:49:01 AM(UTC-5)

What do u wanna see

spadecrush ♠ACE Spades♠                                3/9/2017 12:49:52 AM(UTC-5)

Everything lol

████████  ████████  ❤                                3/9/2017 12:50:16 AM(UTC-5)

U can't get enoug

████████  ████████  ❤                                3/9/2017 12:50:16 AM(UTC-5)

U can't get enough ?

spadecrush ♠ACE Spades♠                                3/9/2017 12:51:21 AM(UTC-5)

Nope lol and I think we should make our own group with freaky ppl and different sexual and non  sexual conversations

████████  ████████  ❤                                3/9/2017 12:51:43 AM(UTC-5)

Yeah we should

spadecrush ♠ACE Spades♠                                3/9/2017 12:52:48 AM(UTC-5)

Idk what to call it and you would have to add as many of your freaky female friends and I add guys

45

3/9/2017 12:53:39 AM(UTC-5)

Okay  they can get freaky together while me and u  get freaky together

3/9/2017 12:53:43 AM(UTC-5)

spadecrush ♠ACE Spades♠                                              3/9/2017 12:54:03 AM(UTC-5)

Lmfao we have to entertain them to lol  it's a group

3/9/2017 12:54:19 AM(UTC-5)

I ain't showing anyone my shit doe

3/9/2017 12:54:23 AM(UTC-5)

3/9/2017 12:56:48 AM(UTC-5)

lol did u just call kat

spadecrush ♠ACE Spades♠                                              3/9/2017 1:00:41 AM(UTC-5)

Lmfao ok well you can tease and no

3/9/2017 1:01:27 AM(UTC-5)

Baby

3/9/2017 1:02:49 AM(UTC-5)

Oh thought it was u cause she was like hey babe

3/9/2017 1:03:03 AM(UTC-5)

Lmao

3/9/2017 1:03:27 AM(UTC-5)

Baby u want other niggas to be hitting on ur girl

spadecrush ♠ACE Spades♠                                              3/9/2017 1:08:43 AM(UTC-5)

You can shut them down lol

3/9/2017 1:09:03 AM(UTC-5)

Lol

3/9/2017 1:09:06 AM(UTC-5)

True

3/9/2017 1:09:37 AM(UTC-5)

I love u

spadecrush ♠ACE Spades♠                                              3/9/2017 1:12:59 AM(UTC-5)

Love you too where my pics at

3/9/2017 1:13:14 AM(UTC-5)

One sexc

46



3/9/2017 1:16:27 AM(UTC-5)

57f70802-5361-420f-a4b1-039e06d999e4

3/9/2017 1:16:37 AM(UTC-5)

I had to use my snap flash lol

spadecrush ♠ACE Spades♠                    3/9/2017 1:16:59 AM(UTC-5)

Nigga go to the bathroom and get naked

spadecrush ♠ACE Spades♠                    3/9/2017 1:17:00 AM(UTC-5)

Lmfao

3/9/2017 1:17:24 AM(UTC-5)

Lmao okay

spadecrush ♠ACE Spades♠                    3/9/2017 1:18:03 AM(UTC-5)

�� l__

3/9/2017 1:21:03 AM(UTC-5)

39d599da-d8f2-4f64-ad19-33a6d96d8769

3/9/2017 1:21:44 AM(UTC-5)

0f8008ed-6aac-438c-9fac-fae225caf460

3/9/2017 1:22:07 AM(UTC-5)

e4ac5e09-1214-4aa4-92f0-b1493e8524e8

3/9/2017 1:22:39 AM(UTC-5)

a422f7be-c821-4330-87e7-6d29af7a136d

spadecrush ♠ACE Spades♠                    3/9/2017 1:28:55 AM(UTC-5)

You so sexy I wanna be in you

3/9/2017 1:29:08 AM(UTC-5)

I want u inside me so bad baby

47

spadecrush ♠ACE Spades♠
3/9/2017 1:29:25 AM(UTC-5)

Your pussy look wet af why didn't you open it for me

████████ ████████ ♥
3/9/2017 1:29:49 AM(UTC-5)

I'll do it now baby

████████ ████████ ♥
3/9/2017 1:30:40 AM(UTC-5)


2c5afc13-fcb9-43bf-bcae-188016de989b

spadecrush ♠ACE Spades♠
3/9/2017 1:31:20 AM(UTC-5)

It won't play

████████ ████████ ♥
3/9/2017 1:31:25 AM(UTC-5)

13e09671-bc46-488c-95a8-de90c0b79ed7

spadecrush ♠ACE Spades♠
3/9/2017 1:32:00 AM(UTC-5)

I want some

████████ ████████ ♥
3/9/2017 1:32:14 AM(UTC-5)

U can have some

spadecrush ♠ACE Spades♠
3/9/2017 1:32:25 AM(UTC-5)

Hopefully she will go to work tm and I can fuck you while she gone lol

████████ ████████ ♥
3/9/2017 1:32:39 AM(UTC-5)

She's not going

████████ ████████ ♥
3/9/2017 1:34:04 AM(UTC-5)

I asked I was like so you and ███ work at the same place she said no I was like oh I was like what time u go to work late at night like ███ or early she said I don't even go anymore I'm quitting

spadecrush ♠ACE Spades♠
3/9/2017 1:44:29 AM(UTC-5)

I had a talk with her earlier she may still go

spadecrush ♠ACE Spades♠
3/9/2017 3:35:02 AM(UTC-5)

a ugly ass thot at that like ugliER than me on

spadecrush ♠ACE Spades♠
3/9/2017 3:35:47 AM(UTC-5)

You leave a bad bitch for a ugly bit

spadecrush ♠ACE Spades♠
3/9/2017 3:37:16 AM(UTC-5)

Omg I

████████ ████████ ♥
3/9/2017 4:52:21 AM(UTC-5)

True

48

Baby
3/9/2017 4:52:29 AM(UTC-5)

Sorry
3/9/2017 4:52:31 AM(UTC-5)

Lmao I fell my ass to sleep but ur son was my alarm
3/9/2017 4:52:48 AM(UTC-5)

spadecrush ♠ACE Spades♠
Lmfao sorry
3/9/2017 5:18:33 AM(UTC-5)

Baby
3/9/2017 6:18:26 AM(UTC-5)

Is she going to work today
3/9/2017 6:18:32 AM(UTC-5)

spadecrush ♠ACE Spades♠
She said she was but we still gotta watch out for ███ I don't want her saying nun but we fuckin later
3/9/2017 6:19:46 AM(UTC-5)

spadecrush ♠ACE Spades♠
We gotta make sure you don't get pregnant tho with as much as we fuck
3/9/2017 6:20:11 AM(UTC-5)

spadecrush ♠ACE Spades♠
Lmfao
3/9/2017 6:20:17 AM(UTC-5)

spadecrush ♠ACE Spades♠
Js
3/9/2017 6:20:20 AM(UTC-5)

Lmaooo
3/9/2017 6:20:22 AM(UTC-5)

Not ready for more kids
3/9/2017 6:20:44 AM(UTC-5)

?
3/9/2017 6:20:46 AM(UTC-5)

3/9/2017 6:20:50 AM(UTC-5)

spadecrush ♠ACE Spades♠
Seriously tho we gotta get you some  and other things
3/9/2017 6:20:54 AM(UTC-5)

spadecrush ♠ACE Spades♠
No I want more we just can't have them now
3/9/2017 6:21:08 AM(UTC-5)

spadecrush ♠ACE Spades♠
Especially with thing one and two around
3/9/2017 6:21:20 AM(UTC-5)

49

███████ ███████ ♥
3/9/2017 6:21:28 AM(UTC-5)

Lmao

███████ ███████ ♥
3/9/2017 6:21:52 AM(UTC-5)

Baby when we get everyone out da way I'm having ur kid

███████ ███████ ♥
3/9/2017 6:22:16 AM(UTC-5)

Okay?

spadecrush ♠ACE Spades♠
3/9/2017 6:22:32 AM(UTC-5)

Lmfao ok babe

███████ ███████ ♥
3/9/2017 6:22:56 AM(UTC-5)

Haha i love u

spadecrush ♠ACE Spades♠
3/9/2017 6:23:58 AM(UTC-5)

Love you too

███████ ███████ ♥
3/9/2017 6:24:33 AM(UTC-5)

why she go in there make she tryna have twins?

███████ ███████ ♥
3/9/2017 6:25:34 AM(UTC-5)

Naked*^

spadecrush ♠ACE Spades♠
3/9/2017 6:27:49 AM(UTC-5)

Lmfao idk she been trying to fuck but I've been rude to her

spadecrush ♠ACE Spades♠
3/9/2017 6:28:07 AM(UTC-5)

I want you to suck my dick so bad

███████ ███████ ♥
3/9/2017 6:28:18 AM(UTC-5)

U better not give her dick it's my dick

spadecrush ♠ACE Spades♠
3/9/2017 6:28:30 AM(UTC-5)

But I want you to get it sloppy and wet

███████ ███████ ♥
3/9/2017 6:28:35 AM(UTC-5)

Okay baby

███████ ███████ ♥
3/9/2017 6:29:20 AM(UTC-5)

But fr tho u better not fuck her

spadecrush ♠ACE Spades♠
3/9/2017 6:29:24 AM(UTC-5)

I'm serious I want you to put your mouth all on my dick and not stop sucking till Im ready to fuck you

spadecrush ♠ACE Spades♠
3/9/2017 6:29:28 AM(UTC-5)

Ok I won't

███████ ███████ ♥
3/9/2017 6:29:41 AM(UTC-5)

Yes daddy



3/9/2017 6:30:25 AM(UTC-5)

Dats my dick now

spadecrush ♠ACE Spades♠                                                      3/9/2017 6:30:31 AM(UTC-5)

If you don't suck my dick and get it sloppy wet I'm not gonna have sex with you lol I'm gonna make you wait

♥                                                                             3/9/2017 6:30:53 AM(UTC-5)

why u gonna torture me

spadecrush ♠ACE Spades♠                                                      3/9/2017 6:30:55 AM(UTC-5)

So you better suck my dick and have it shiny

♥                                                                             3/9/2017 6:31:27 AM(UTC-5)

Baby I wan u inside me so bad

spadecrush ♠ACE Spades♠                                                      3/9/2017 6:31:56 AM(UTC-5)

I wanna be in your mouth  then I wanna fuck the hell out of you

♥                                                                             3/9/2017 6:32:23 AM(UTC-5)

I WANT U SO BAD

♥                                                                             3/9/2017 6:32:29 AM(UTC-5)

I'm so wet

spadecrush ♠ACE Spades♠                                                      3/9/2017 6:32:38 AM(UTC-5)

Ugh I wanna see

♥                                                                             3/9/2017 6:32:47 AM(UTC-5)

How

spadecrush ♠ACE Spades♠                                                      3/9/2017 6:33:01 AM(UTC-5)

Idk lol

♥                                                                             3/9/2017 6:33:15 AM(UTC-5)

It's ready for u

♥                                                                             3/9/2017 6:33:43 AM(UTC-5)

I want u to finger me and eat me out

♥                                                                             3/9/2017 6:37:20 AM(UTC-5)

Daddyyyyyy

spadecrush ♠ACE Spades♠                                                      3/9/2017 6:37:37 AM(UTC-5)

I will when she leave

spadecrush ♠ACE Spades♠                                                      3/9/2017 6:37:59 AM(UTC-5)

You better get nasty sucking my dick tho

spadecrush ♠ACE Spades♠                                                      3/9/2017 6:38:19 AM(UTC-5)

I wanna see if I can make you squirt

██████ ██████ ♥                                    3/9/2017 6:38:26 AM(UTC-5)

U think u can make squirt  oh I definitely will

██████ ██████ ♥                                    3/9/2017 6:38:29 AM(UTC-5)

Hahah

spadecrush ♠ACE Spades♠                            3/9/2017 6:39:28 AM(UTC-5)

Have you squirted before

██████ ██████ ♥                                    3/9/2017 6:39:36 AM(UTC-5)

1 time

spadecrush ♠ACE Spades♠                            3/9/2017 6:39:52 AM(UTC-5)

When with who

██████ ██████ ♥                                    3/9/2017 6:39:59 AM(UTC-5)

Me and my self

██████ ██████ ♥                                    3/9/2017 6:40:11 AM(UTC-5)

And about 4 months ago

██████ ██████ ♥                                    3/9/2017 6:53:13 AM(UTC-5)

I'm fr

██████ ██████ ♥                                    3/9/2017 6:53:18 AM(UTC-5)

██████ ██████ ♥                                    3/9/2017 6:53:39 AM(UTC-5)

Well i didn't like litterly squirt a lot

██████ ██████ ♥                                    3/9/2017 6:53:40 AM(UTC-5)

But

██████ ██████ ♥                                    3/9/2017 6:53:45 AM(UTC-5)

I did like a bit

██████ ██████ ♥                                    3/9/2017 6:54:01 AM(UTC-5)

It took me forever I think I was doing it wrong

spadecrush ♠ACE Spades♠                            3/9/2017 6:54:11 AM(UTC-5)

Uh huh don't lie

spadecrush ♠ACE Spades♠                            3/9/2017 3:20:22 PM(UTC-5)

Keep on talking to these guys you pissing me off plus you out there telling this nigga my business like tf kinda shit is that idk that nigga. I'm not even mad that you talk to him I'm mad at the fact you telling my business I'm not telling all your business why you telling mine like that shit ain't cool at all yo and I know you lien to me he ain't your teacher don't no teacher call they student and talk like yall that shit is illegal and can get fired but it's whatever do you

██████ ██████ ♥                                    3/9/2017 3:31:46 PM(UTC-5)

1 I'm sorry for  telling your Business I'm just hella mad and in my feelings the only Shit that I could do is talk and talk since u to busy doing u  not thinking bout how I'm feeling I'm feeling like hell cause of this shit I'm sorry about the way I'm acting





3/9/2017 3:51:54 PM(UTC-5)

I love u and please forgive me

53